IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR CHARLES FOURSTAR, JR,
     Petitioner,

vs.                               Case No.: 5:15cv303/LAC/GRJ

NICOLE ENGLISH,
     Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's

Report and Recommendation dated April 29, 2016 (ECF No. 9).   The Petitioner

has been furnished a copy of the Report and Recommendation and has been

afforded an opportunity to file objections pursuant to Title 28, United States Code,

Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed

objections thereto, I have determined that the Report and Recommendation should

be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.  The petition for a writ of habeas corpus, ECF No. 1, is **DISMISSED.**

**DONE AND ORDERED** this 20th day of May, 2016.


  *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 5:15cv303/LAC/GRJ